IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS



FILED

NOV 04 2019

Clerk, U.S. District Court
By: _K. Welligh_ Deputy Clerk

_Skye R Paige_ )
_____ )
_____ )
_____ )
_____ )
(Enter above the full name of the Plaintiff(s) )
)
vs. )        Case Number _5:19-cv-04103-JAR-ADM_
)
_City of Farmington_ )
Name )
_110 Columbia St_ )
Street and number )
_Farmington_     _MO_    _63640_ )
City         State      ZipCode )

(Enter above the full name and address of the
Defendant in this action - list the name and
address of any additional defendants on the back
side of this sheet).

## CIVIL COMPLAINT

I.   Parties to this civil action:

(In item A below, place your name in the first blank and place your present address in the
second blank. Do the same for additional plaintiffs, if any, on the back side of this sheet).

A.   Name of plaintiff_ Skye R Paige _____

Address_ PO Box 798 _____

_Topeka KS 66601 _____

_____

1

(In item B below, write the full name of the defendant in the first blank. In the second blank, write the official position of the defendant. Use item C for the names and positions of any additional defendants).

B.    Defendant___City of Farmington_____is

employed at _____

_____

C.    Additional Defendants_____

_____

_____

II.    Jurisdiction:

(Complete one or more of the following subparagraphs, A., B.1, B.2., or B.3., whichever is applicable.)

A.  (If Applicable) Diversity of citizenship and amount:

1.    Plaintiff is a citizen of the State of _____.

2.    The first-named defendant above is either

a.  a citizen of the State of_____; or

b.  a corporation incorporated under the laws of the State of

_____ and having its principal place of business

in a State other than the State of which plaintiff is a citizen.

3. The second-named defendant above is either

a.    a citizen of the State of_____; or

b.    a corporation incorporated under the laws of the State of

_____ and having its principal place of business in a

State other than the State of which plaintiff is a citizen.

(If there are more than two defendants, set forth the foregoing information for each additional defendant on a separate page and attach it to this complaint.)
Plaintiff states that the matter in controversy exceeds, exclusive of interest and costs, the sum of seventy-five thousand dollars ($75,000.00).

2

I request monetary damages resulting from termination and inability to find gainful employment following retaliatory termination. I was forced to move twice; including several hours away. A year to find a new job.

V. Do you claim the wrongs alleged in your complaint are continuing to occur at the present time? Yes ☐ No ☒

VI. Do you claim actual damages for the acts alleged in your complaint?
Yes ☐ No ☐

VII. Do you claim punitive monetary damages? Yes ☒ No ☐

If you answered yes, state the amounts claimed and the reasons you claim you are entitled to recover money damages.

Based on the EEOC limits, I request at least $200,000 to compensate for the stress of sexual harassment and retaliatory discharge, the impact of being unable to find gainful employment for over a year, and losing my home due to the discharge; being forced to move twice (40 miles away - no employer would hire me) 4 hours away - only hired me because I did not provide the City of Farmington as a former employer on my application).

4

VIII.   Administrative Procedures:

A.      Have the claims which you make in this civil action been presented through any type of Administrative Procedure within any government agency?
Yes [✗]  No [ ]

B.      If you answered yes, give the date your claims were presented, how they were presented, and the result of that procedure:

EEOC   5/28/2015   provided a right to sue letter

C.      If you answered no, give the reasons, if any, why the claims made in this action have not been presented through Administrative Procedures:

IX.   Related Litigation:

Please mark the statement that pertains to this case:

[ ]   This cause, or a substantially equivalent complaint, was previously filed in this court as case number _____ and assigned to the Honorable Judge _____ .

[✗]   Neither this cause, nor a substantially equivalent complaint, previously has been filed in this court, and therefore this case may be opened as an original proceeding.

_____
Signature of Plaintiff

_____Skye R Paige_____
Name (Print or Type)

_____Po Box 798 Topeka KS 66601_____
Address

5

| City | State | Zip Code |

Telephone Number

## DESIGNATION OF PLACE OF TRIAL

Plaintiff designates { ☐ Wichita, ☐ Kansas City , or ☒ Topeka} , Kansas as the
(Select One)
location for the trial in this matter.

_____
Signature of Plaintiff

## REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury { ☐ Yes or ☒ No }
(Select One)

_____
Signature of Plaintiff

Dated: _____
(Rev. 10/15)

6